IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00910-MSK-MJW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,
AMERICAN FRIENDS SERVICE COMMITTEE,
AMERICAN INDIAN MOVEMENT OF COLORADO,
AMERICANS FOR SAFE ACCESS,
CODEPINK,
ESCUELA TLATELOLCO CENTRO DE ESTUDIOS,
LARRY HALES,
GLEN MORRIS,
RECREATE 68,
ROCKY MOUNTAIN PEACE & JUSTICE CENTER,
DAMIAN SEDNEY,
TENT STATE UNIVERSITY,
TROOPS OUT NOW COALITION, and
UNITED FOR PEACE & JUSTICE,

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MICAHEL BATTISTA,
UNITED STATES SECRET SERVICE, and
MARK SULLIVAN,

       Defendants.
_____

**ORDER DIRECTING REPLY AND SETTING NON-EVIDENTIARY HEARING**
_____

**THIS MATTER** comes before the Court pursuant the Plaintiffs' Motion for Preliminary Injunction (**# 2**); the Defendants' responses (**# 26, 27**), and the parties' Stipulation (**# 24**).

The Plaintiffs may file a consolidated reply, if they choose to, by **Wednesday, June 4, 2008**.

The Court will conduct a **non-evidentiary** hearing on **1:00 p.m.** on **Monday, June 9,**

2008. Among the issues to be addressed at this hearing are: (i) the nature of the issues remaining in the Plaintiffs' Motion for Preliminary Injunction; (ii) whether an evidentiary hearing on that motion is necessary, and, if so, the expected length and scheduling of such a hearing; and (iii) the effect of the parties' Stipulation, the necessity for and the effect of the Order contemplated by the parties.

Dated this 27th day of May, 2008

BY THE COURT:

Marcia S. Krieger
United States District Judge