IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00910-MSK-MJW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,
AMERICAN FRIENDS SERVICE COMMITTEE,
AMERICAN INDIAN MOVEMENT OF COLORADO,
AMERICANS FOR SAFE ACCESS,
CODEPINK,
ESCUELA TLATELOLCO CENTRO DE ESTUDIOS,
LARRY HALES,
GLEN MORRIS,
RECREATE 68,
ROCKY MOUNTAIN PEACE & JUSTICE CENTER,
DAMIAN SEDNEY,
TENT STATE UNIVERSITY,
TROOPS OUT NOW COALITION, and
UNITED FOR PEACE & JUSTICE,

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MICHAEL BATTISTA,
UNITED STATES SECRET SERVICE, and
MARK SULLIVAN,

       Defendants.
_____

### ORDER DIRECTING RESPONSE TO MOTION TO EXPEDITE DISCOVERY
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion to Expedite Discovery **(# 38)**.

On or before **Wednesday, June 25, 2008**, the Defendants Battista and City and County of Denver shall file a response to the Motion to Expedite Discovery, addressing:

    1. Whether leave to conduct discovery on an expedited basis should be granted; and

2. Assuming such leave is granted, state any objections that the Defendants have with regard to the Plaintiffs' Proposed Interrogatories, attached to the Motion to Expedite Discovery.

The parties shall be prepared to make any necessary evidentiary showing with regard to both of the above-referenced issues at the evidentiary hearing on June 30, 2008.

Dated this 19th day of June, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge