## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 30, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-00910-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF COLORADO<br>AMERICAN FRIENDS SERVICE COMMITTEE<br>AMERICAN INDIAN MOVEMENT OF COLORADO<br>AMERICANS FOR SAFE ACCESS<br>CODEPINK<br>ESCUELA TLATELOLCO CENTRO DE ESTUDIOS<br>LARRY HALES<br>GLEN MORRIS<br>RECREATE 68<br>ROCKY MOUNTAIN PEACE & JUSTICE CENTER<br>DAMIAN SEDNEY<br>TENT STATE UNIVERSITY<br>TROOPS OUT NOW COALITION,<br>UNITED FOR PEACE & JUSTICE | Steven Zansberg<br>Mark Silverstein<br>Taylor Pendergrass |

       Plaintiffs,

v.

| | |
|---|---|
| CITY AND COUNTY OF DENVER<br>MICHAEL BATTISTA<br>UNITED STATES SECRET SERVICE<br>MARK SULLIVAN | David Fine<br>James Lyons<br>Michael Plachy<br>Amanda Rocque<br>Kevin Traskos<br>Lisa Christian |

       Defendants.

---

### COURTROOM MINUTES

---

HEARING:    Law and Motions

**8:47 a.m.    Court in session.**

Counsel present as listed above.

The Court addresses the status of matters.

Statement by Mr. Zansberg.

Statement from Mr. Plachy.

Plaintiff's makes an oral motion to file an Amended Complaint.

**ORDER:** The filing of the supplemental and amended complaint found at Docket No. 48 is authorized *nunc pro tunc* to the filing on June 27, 2008.

**ORDER:** Defendants' response to the Supplemental and Amended Complaint will be filed by **July 7, 2008.** The Secret Service will file a motion for more definite statement by **July 1, 2008.** Plaintiffs will respond by **July 3, 2008.**

The Court addresses the proposed discovery schedule.

Mr. Zanzberg states the discovery scheduled the parties have agreed to. Defendants state they agree to the proposed schedule.

The Court addresses the site visit.

**ORDER:** Pretrial conference is scheduled for **July 14, 2008 at 4:00 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO. **By July 11, 2008,** the parties will file a list of individuals they anticipate accompanying the Court on it site visits and the sites the parties would like to have visited.

**ORDER:** Based upon the filing of the supplemental and amended complaint for injunctive relief on June 27, 2008, **the following motions have become moot and therefore are denied.** The preliminary injunction motion of the plaintiffs at **Docket No. 2**, the motions to dismiss at **Docket Nos. 42 and 43**, and the Secret Service's motion to expedite determination of the motion to dismiss at **Docket No. 44.**

**9:27 a.m.** **Court in recess.**

**Total Time: 40 minutes.**
**Hearing concluded.**