IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00910-MSK-MJW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,
AMERICAN FRIENDS SERVICE COMMITTEE,
AMERICAN INDIAN MOVEMENT OF COLORADO,
AMERICANS FOR SAFE ACCESS,
CODEPINK,
ESCUELATLATELOLCO CENTRO DE ESTUDIOS,
LARRY HALES,
GLEN MORRIS,
RECREATE 68,
ROCKY MOUNTAIN PEACE & JUSTICE CENTER,
DAMIAN SEDNEY,
TENT STATE UNIVERSITY,
TROOPS OUT NOW COALITION, and
UNITED FOR PEACE & JUSTICE,

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MICHAEL BATTISTA,
UNITED STATES SECRET SERVICE, and
MARK SULLIVAN,

       Defendants.
_____

**ORDER DIRECTING REASSIGNMENT OF MAGISTRATE JUDGE**
_____

**THIS MATTER** comes before the Court *sua sponte*. The Court has ascertained that United States Magistrate Judge Michael J. Watanabe will be unavailable to hear matters arising in this action during much of its pendency. Accordingly, with the approval of the Chief Judge,

the Clerk of the Court is directed to randomly re-draw this case to a Magistrate Judge other than Magistrate Judge Watanabe.

Dated this 30th day of June, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge