IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00910-MSK-MJW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,
AMERICAN FRIENDS SERVICE COMMITTEE,
AMERICAN INDIAN MOVEMENT OF COLORADO,
AMERICANS FOR SAFE ACCESS,
CODEPINK,
ESCUELA TLATELOLCO CENTRO DE ESTUDIOS,
LARRY HALES,
GLEN MORRIS,
RECREATE 68,
ROCKY MOUNTAIN PEACE & JUSTICE CENTER,
DAMIAN SEDNEY,
TENT STATE UNIVERSITY,
TROOPS OUT NOW COALITION, and
UNITED FOR PEACE & JUSTICE,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
MICHAEL BATTISTA,
UNITED STATES SECRET SERVICE, and
MARK SULLIVAN,

      Defendants.

_____

## ORDER DIRECTING RESPONSE
_____

     **THIS MATTER** comes before the Court pursuant to Defendant United States Secret

Service's Objection (**# 67**) to the July 3, 2008 Order (**# 66**) of United States Magistrate Judge

Kathleen M. Tafoya.  Any party wishing to file a response to the Secret Service's Objection may

do so on or before **Friday, July 11, 2008**.  No reply will be permitted.

Dated this 7th day of July, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge