## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-00910-MSK-KMT | FTR |
| **Date:** July 22, 2008 | Debra Brown, Deputy Clerk |

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF COLORADO, et al. | Christopher Beall<br>Steven Zansberg<br>Mark Silverstein<br>Taylor Scott Pendergrass<br>Elizabeth L. Morton |
| Plaintiffs. | |
| v. | |
| THE CITY AND COUNTY OF DENVER, et al. | Amanda Roque<br>Hayley Reyonlds<br>Kevin Traskos<br>Lisa Christian<br>Alex Myers<br>Michael Plachy<br>Karla Pierce<br>David Richard Fine<br>James Michael Lyons<br>Jean Eberhart Dubofsky |
| Defendants. | Xavier S.L. DuRan |

## COURTROOM MINUTES / MINUTE ORDER

### MOTIONS HEARING

**Court in Session: 3:00 p.m.**

Court calls case. Appearances of counsel.

Discussion by the Court and Counsel regarding the pending motions referred to Magistrate Judge Tafoya.

Statements made by Counsel re: [88] MOTION to Compel Municipal Defendants to Provide Responses to Certain Interrogatories.

**ORDERED:** [88] Plaintiff's MOTION to Compel Municipal Defendants to Provide Responses to Certain Interrogatories is **DENIED** in its entirety.

Statements made by Counsel re: [90] Defendant's MOTION for Reconsideration re [87] Order on Motion to Compel.

**ORDERED:** [90] Defendant's MOTION for Reconsideration re [87] Order on Motion to Compel is **DENIED**.

**Court in recess: 3:35 p.m.**
Total In-Court Time 0:35; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.