# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                    Date: July 28, 2008
Court Reporter:     Paul Zuckerman

Civil Action No. 08-cv-00910-MSK

*Parties*:                                             *Counsel Appearing:*

AMERICAN CIVIL LIBERTIES UNION OF                      Steven Zansberg
COLORADO                                               Mark Silverstein
AMERICAN FRIENDS SERVICE COMMITTEE                     Christopher Beall
AMERICAN INDIAN MOVEMENT OF COLORADO                   Taylor Pendergrass
AMERICANS FOR SAFE ACCESS                              Diego Hunt
CODEPINK                                               Elizabeth Morton
ESCUELA TLATELOLCO CENTRO DE ESTUDIOS
LARRY HALES
GLEN MORRIS
RECREATE 68
ROCKY MOUNTAIN PEACE & JUSTICE CENTER
DAMIAN SEDNEY
TENT STATE UNIVERSITY
TROOPS OUT NOW COALITION,
UNITED FOR PEACE & JUSTICE

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER                              David Fine
MICHAEL BATTISTA                                       Alex Myers
UNITED STATES SECRET SERVICE                           James Lyons
MARK SULLIVAN                                          Michael Plachy
                                                       Amanda Rocque
       Defendants.                     Kevin Traskos
                                                       Lisa Christian
                                                       Hayley Reynolds

---

## COURTROOM MINUTES

---

HEARING:   Final Pretrial Conference

**11:40 a.m.     Court in session.**

Counsel present as listed above.

The Court addresses the pending motions.

**ORDER:**    Pending Motions (**Doc #38 and #46)** are **DENIED as moot.**

**ORDER:**    Motion to Dismiss (**Doc. #70 and #72)** are **DENIED** only as to Fourth Amendment issue regarding to systemic non-probable cause searches that might be made of entrance into the public demonstration zone.  The remaining issues in the motions will be decided at the time of trial.

The Court addresses the issues to be tried (**Doc. #106 and #107**).

The Court addresses the issues not in dispute.

The Court addresses the issues with regard to Invesco Field.  Statements from Mr. Lyons and Mr. Zanzberg.  The parties agree that an additional evidentiary hearing will be set to address the issues involving Invesco Field.

**ORDER:**    Further evidentiary hearing set on **August 12, 2008 at 9:00 a.m.**, to address the issues at Invesco Field.  Final Pretrial Conference is set on **August 11, 2008 at 1:30 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**    Witness and Exhibit Lists, Statement of Stipulated Facts, Issues to be determined and any supplement to the brief(s) for the Court to consider with regard to the second hearing all will be filed **no later than noon on Friday**, **August 8, 2008.**

The parties have no witnesses testifying by telephone.  The parties do not request sequestration of witnesses.

The Court addresses the exhibit list submitted.

The Court addresses questions from counsel about the bench trial.

**ORDER:**    Closing arguments will be heard on **July 31, 2008 at 1:30 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

The parties agree to address the issue of a site visit after presentation of evidence.

**12:24 p.m.    Court in recess.**
**Total Time:   44 minutes.**
**Hearing concluded.**